# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF OKLAHOMA

IN RE
Watson, Cindy                                                    18-10872

## Motion to Modify
## Notice of Opportunity for Hearing
## Motion for Attorney Fee

Comes now the debtor and would show the court:

1. Debtor should be considered current through SEPTEMBER, 2018.
2. Debtor has incurred expenses for repairs of her vehicle and is behind in plan payments.
3. Payments will be in the sum of $1,300.00 per month beginning in October, 2018 and to continue until completion of the plan.
4. Trustee should pay Chuck Moss an additional attorney fee of $350.00 for work after confirmation of the plan.

Wherefore, debtor pray the plan be modified as set forth above.

s/Chuck Moss OBA 6465
500 N Meridian #300
Okla City, Ok  73107
405-949-5544
fax 405-949-5572
chuckmossattorney@outlook.com
Attorney for Debtors

**NOTICE OF OPPORTUNITY FOR HEARING**

**YOUR RIGHTS MAY BE AFFECTED.  YOU SHOULD READ THE ATTACHED DOCUMENT CAREFULLY AND CONSULT YOUR ATTORNEY ABOUT YOUR RIGHTS AND THE EFFECT OF THIS DOCUMENT.  IF YOU DO NOT WANT THE COURT TO GRANT THE RELIEF REQUESTED, OR YOU WISH TO**

**HAVE YOUR VIEWS CONSIDERED, YOU MUST FILE A WRITTEN RESPONSE OR OBJECTION TO THE REQUESTED RELIEF WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF OKLAHOMA, 215 DEAN A MCGEE AVENUE, OKLAHOMA CITY, OK  73102 NO LATER THAN 21 DAYS FROM THE DATE OF FILING OF THIS REQUEST FOR RELIEF.  YOU SHOULD ALSO SERVE A FILE-STAMPED COPY OF YUR RESPONSE OR OBJECTION TO THE UNDERSIGNED MOVANT'S ATTORNEY AND OTHERS WHO ARE REQUIRED TO BE SERVED AND FILE A CERTIFICATE OF SERVICE WITH THE COURT.  IF NO RESPONSE OR OBJECTION IS TIMELY FILED, THE COURT MAY GRANT THE REQUESTED RELIEF WITHOUT A HEARING OR FURTHER NOTICE.**

**Certificate of Service**

This is to certify that on the  22st day of September, 2018, a true and correct copy of the Motion to Modify, Notice of Opportunity for hearing was forwarded via US Mail, first class, postage prepaid to:

Internal Revenue Service
Box 7346
Philadelphia PA  19101-7146

Oklahoma Tax Commission
100 N Broadway #1500
Okla City, Ok  73102

Cindy E Watson
5419 NW King Richard Ave
Lawton Ok  73505

       s/Chuck Moss
       Chuck Moss, Attorney
       500 N Meridian, #300
       Okla City, Ok  73107
       405-949-5544
       **Atty for debtor**
       **chuckmossattorney@outlook.com**