# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF OKLAHOMA

IN RE
Watson, Cindy                                                  18-10872

### Motion to Modify
### Notice of Opportunity for Hearing
### Motion for Attorney Fee

Comes now the debtor and move to modify as follows:

1. Debtor should be considered current through December, 2018.

2. Payments will continue in January, 2019 in the sum of $1,350.00 per month until completion of the plan.

3. Debtors mother has been very ill in Tennessee. Debtor has been required to travel to provide care for her mother. Debtors sister is now caring for their mother

4. Trustee should pay Chuck Moss an additional attorney fee of $350.00 for work after confirmation of the plan.

Wherefore, debtor pray the plan be modified as set forth above.

<u>s/Chuck Moss OBA 6465</u>
500 N Meridian #300
Okla City, Ok  73107
405-949-5544
fax 405-949-5572
chuckmossattorney@outlook.com
Attorney for Debtors

**NOTICE OF OPPORTUNITY FOR HEARING**

**YOUR RIGHTS MAY BE AFFECTED. YOU SHOULD READ THE ATTACHED DOCUMENT CAREFULLY AND CONSULT YOUR ATTORNEY ABOUT YOUR RIGHTS AND THE EFFECT OF THIS DOCUMENT. IF YOU DO NOT WANT THE COURT TO GRANT THE RELIEF REQUESTED, OR YOU WISH TO HAVE YOUR VIEWS CONSIDERED, YOU MUST FILE A WRITTEN RESPONSE OR OBJECTION TO THE REQUESTED RELIEF WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF OKLAHOMA, 215 DEAN A MCGEE AVENUE, OKLAHOMA CITY, OK 73102 NO LATER THAN 21 DAYS FROM THE DATE OF FILING OF THIS REQUEST FOR RELIEF. YOU SHOULD ALSO SERVE A FILE-STAMPED COPY OF YUR RESPONSE OR OBJECTION TO THE UNDERSIGNED MOVANT'S ATTORNEY AND OTHERS WHO ARE REQUIRED TO BE SERVED AND FILE A CERTIFICATE OF SERVICE WITH THE COURT. IF NO RESPONSE OR OBJECTION IS TIMELY FILED, THE COURT MAY GRANT THE REQUESTED RELIEF WITHOUT A HEARING OR FURTHER NOTICE.**

### Certificate of Service

This is to certify that on the 5rd day of December, 2018, a true and correct copy of the Motion to Modify, Notice of Opportunity for hearing was forwarded via US Mail, first class, postage prepaid to:

OTC
100 N Broadway #1500
Okla City Ok  73102

IRS
Box 7346
Phila Pa  19101-7146

Cindy E. Watson
5419 NW King Richard Ave
Lawton Ok  73505

Capital One Auto
AIS Portfolio
Box 4360
Houston Tx  77210

s/Chuck Moss
Chuck Moss, Attorney
500 N Meridian, #300
Okla City, Ok  73107
405-949-5544

```
                              Atty for debtor
                              chuckmossattorney@outlook.com
```