# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF OKLAHOMA

IN RE
Watson, Cindy                                      18-10872

### Motion to Modify
### Notice of Opportunity for Hearing
### Motion for Attorney Fee

Comes now the debtor and move to modify as follows:

1. Debtor is in arrears in plan payments due to expenses in caring for her daughter and the birth of her granddaughter.

2. Debtors should be considered current through July, 2019.

3. Payments will resume in August, 2019 in the sum of $1,400.00 per month until completion of the plan.

4. Trustee should pay Chuck Moss an additional attorney fee of $350.00 for work after confirmation of the plan.

Wherefore, debtor pray the plan be modified as set forth above.

### NOTICE OF OPPORTUNITY FOR HEARING

**YOUR RIGHTS MAY BE AFFECTED. YOU SHOULD READ THE ATTACHED DOCUMENT CAREFULLY AND CONSULT YOUR ATTORNEY ABOUT YOUR RIGHTS AND THE EFFECT OF THIS DOCUMENT. IF YOU DO NOT WANT THE COURT TO GRANT THE RELIEF REQUESTED, OR YOU WISH TO HAVE YOUR VIEWS CONSIDERED, YOU MUST FILE A WRITTEN RESPONSE OR OBJECTION TO THE REQUESTED RELIEF WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF OKLAHOMA, 215 DEAN A MCGEE AVENUE, OKLAHOMA CITY, OK 73102 NO LATER THAN 21 DAYS FROM THE DATE OF FILING OF THIS REQUEST FOR RELIEF. YOU SHOULD ALSO SERVE A FILE-STAMPED COPY OF YUR RESPONSE OR OBJECTION TO THE UNDERSIGNED MOVANT'S ATTORNEY AND OTHERS WHO ARE REQUIRED TO BE SERVED AND FILE A CERTIFICATE OF SERVICE WITH THE COURT. IF NO RESPONSE OR OBJECTION IS TIMELY FILED, THE**

**COURT MAY GRANT THE REQUESTED RELIEF WITHOUT A HEARING OR FURTHER NOTICE.**

### Certificate of Service

     This is to certify that on the 1st day of July, 2019, a true and correct copy of the Motion to Modify, Notice of Opportunity for hearing was forwarded via US Mail, first class, postage prepaid to:

Internal Revenue Service
Box 7317
Philadelphia PA  19101

Okla Tax Commission
100 n Broadway #1500
Okla City Ok  73102

Capital One Auto Finance
AIS Portfolio Service
Box 4360
Houston Tx  77210


               s/Chuck Moss
               Chuck Moss OBA 6465
               500 N Meridian #300
               Okla City, Ok  73107
               405-949-5544
               fax 405-949-5572
               chuck@mosslawoffice.com
               Attorney for Debtors